**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **ARRIC PLOCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** 4:12-cv-518 |
| | ) | |
| **CLIENT SERVICES, INC.** | ) | **Removal from the Circuit Court of** |
| | ) | **St. Charles County, Missouri.** |
| **Defendant.** | ) | **No. 1211-AC01480** |

### DEFENDANT'S NOTICE OF REMOVAL

COMES NOW Defendant, Client Services, Inc. ("CSI"), by its attorneys, and hereby removes the above-referenced lawsuit filed by Plaintiff Arric Ploch ("Plaintiff") in the Circuit Court of St. Charles County, Missouri.  For its notice of removal, CSI states as follows:

1.      Plaintiff filed a civil action against Defendant on February 29, 2012 in the Circuit Court of St. Charles County, Missouri ("Plaintiff's State Action") alleging claims for violation of the Fair Debt Collection Practices Act.

2.      No previous application has been made for the relief requested herein.

3.      The Notice of Removal is being filed within thirty (30) days of service of process on CSI. CSI was served with a copy of Plaintiff's Petition on or about March 2, 2012.

4.      A copy of Plaintiff's Petition, along with all other documents filed in connection with this matter to date, are attached hereto as **Exhibit A** and constitute the complete legal file.

5.      The instant lawsuit is one that may be removed to this Court by CSI pursuant to the provisions of 28 U.S.C. §§ 1331, § 1441(a) and (b) and § 1446(b) by virtue of the federal questions raised in Plaintiff's Petition, in that Plaintiff's claims purport to allege violations of the laws of the United States.

6.      CSI has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) in that it is filed within 30 days of the date CSI received a copy of the Summons and Petition.

7.     This Notice of Removal is accompanied by written notice to Plaintiff, and a written Notice to Clerk of Removal filed with the Clerk of the Circuit Court of St. Charles County, Missouri on this date, all as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant provides Notice of Removal of the above-styled action pending in the Circuit Court of St. Charles County, Missouri to the United States District Court for the Eastern District of Missouri.

Respectfully submitted,

THE LOWENBAUM PARTNERSHIP, L.L.C.
Matthew J. Aplington, #58565MO
222 South Central Avenue, Suite 901
St. Louis, Missouri 63105
314.863.0092 (*telephone*)
314.746.4848 (*facsimile*)
mja@lowenbaumlaw.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of March, 2012, served a copy of *Defendant's Notice of Removal* via first class mail, postage prepaid, upon the following counsel of record:

James W. Eason, Esq.
Eason & Voytas, LLC
1 North Taylor Avenue
St. Louis, Missouri 63108
(314) 932-1066

COUNSEL FOR PLAINTIFF

2