# IN THE ELEVENTH JUDICIAL CIRCUIT OF MISSOURI
## CIRCUIT JUDGE DIVISION

Pursuant to the "Eleventh Judicial Circuit Order of Judge Assignments and Individualized Docket Plan" dated the 14th day of October 2010, and on file in the Office of the Presiding Judge, this case is assigned to such division as set forth in said "Eleventh Judicial Circuit Order of Judge Assignments and Individualized Docket Plan".

So Ordered:
JON A. CUNNINGHAM #30398
Presiding Judge

FILED
OCT 14 2010
Circuit Clerk
ST. CHARLES COUNTY

EXHIBIT
A

Electronically Filed - St Charles County - Circuit Court - February 29, 2012 - 02:54 PM CST

**IN THE CIRCUIT COURT**
**ST. CHARLES COUNTY**
**STATE OF MISSOURI**
**ASSOCIATE DIVISION**

| | | |
|---|---|---|
| **ARRIC PLOCH** | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. |
| v. | ) | |
| | ) | Division |
| **CLIENT SERVICES, INC.** | ) | |
| Defendant. | ) | |
| Serve at:<br>Daniel K. Barklage<br>211 North Third Street<br>St. Charles, Missouri 63301 | ) | |

**PETITION**

COMES NOW, Plaintiff, Arric Ploch, and for his Petition states as follows:

**INTRODUCTION**

1. This is an action for statutory damages brought by an individual consumer for violations of the Fair Debt Collections Practices Act, 15 USC 1692 *et. Seq.* ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

**JURISDICTION**

2. This Court has jurisdiction of the FDCPA claim under 15 USC 1692k (d).

**PARTIES**

3. Plaintiff is a natural person currently residing in St. Charles County, Missouri. Plaintiff is a "consumer" within the meaning of the FDCPA. The alleged debt Plaintiff owes arises out of consumer, family, and household transactions.

4. Upon information and belief, Defendant is a Missouri corporation with its principal place of business at 3451 Harry S. Truman Boulevard, St. Charles, Missouri 63301. The

Electronically Filed - St Charles County - Circuit Court - February 29, 2012 - 02:54 PM CST

principal business purpose of Defendant is the collection of debts, and Defendant regularly attempts to collect debts alleged to be due another.

5. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant is a "debt collector" as defined by the FDCPA. *15 USC 1692a (6).*

**FACTS**

6. Plaintiff had previously filed suit (St. Charles County Case No. 1111-CV11523) against Defendant for violations of the FDCPA and TCPA in their attempts to collect a debt stemming from a Target Visa account ("Target debt").

7. Defendant dealt exclusively with Plaintiff's counsel on the previous suit to reach a settlement agreement. The previous suit was dismissed on February 15, 2012.

8. Defendant, knowing that Plaintiff was represented by counsel on the Target debt, telephoned Plaintiff on February 17th and 18th 2012 in an attempt to collect the Target debt.

9. Plaintiff called Defendant and informed them that he was still represented by counsel on this matter. During that call,D efendant verified for Plaintiff this was the same Target debt from the previous litigation.

10. Several days later, Defendant sent Plaintiff a collection letter in another attempt to collect the Target debt.

11. Plaintiff never consented to being contacted by the Defendant.

12. Defendant's collection attempts have caused Plaintiff to incur actual damages including but not limited to cellular phone charges, anxiety, sleeplessness, and worry.

**COUNT I: VIOLATION OF THE FDCPA**

13. Plaintiff re-alleges and incorporates by reference all of the above paragraphs.

14. In its attempts to collect the alleged debt from Plaintiff, Defendant has committed violations of the FDCPA, *15 US C 1692 et. seq.*, including, but not limited to, the following:

Electronically Filed - St Charles County - Circuit Court - February 29, 2012 - 02:54 PM CST

a. Communication with a consumer that the Defendant knows to be represented by counsel. 15 USC 1692 (c) (a) (2).

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for:

A. Declaratory judgment that Defendant's conduct violated the FDCPA;

B. Actual damages;

C. Release of the alleged debt;

D. Statutory damages, costs and reasonable attorney's fees pursuant to 15 USC 1692(k); and

E. For such other relief as the Court may deem just and proper.

**EASON & VOYTAS, LLC**

s/ James W. Eason

**JAMES W. EASON, #57112**
**RICK A. VOYTAS, #52046**
**EASON & VOYTAS, LLC**
**1 North Taylor Ave.**
**St. Louis, Missouri 63108**
**Phone: (314) 932-1066**
**Fax: (314) 667-3161**
**jameseason@easonvoytas.com**

Electronically Filed - St Charles County - Circuit Court - February 29, 2012 - 02:54 PM CST

**IN THE CIRCUIT COURT**
**ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **ARRIC PLOCH** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. |
| v. | ) | |
| | ) | Division |
| **CLIENT SERVICES, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

**COMES NOW** undersigned counsel, pursuant to Local Rules, and at his own risk requests the appointment of the Circuit Clerk of:

**Kurt Ponzar & Associates, Inc.**
**Kurt Ponzar**
**6209 Mid Rivers Mall Drive, Suite 145**
**St. Charles, Missouri 63304**
**(636) 946-1800**

Natural persons of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**

Daniel K. Barklage
Registered Agent
211 North Third Street
St. Charles, Missouri 63301

**EASON & VOYTAS, LLC**

/s/ James W. Eason
JAMES W. EASON, 57112
1 North Taylor Ave.
St. Louis, Missouri 63108
(314) 932-1066
(314) 667-3161 fax
Email: james.w.eason@gmail.com

All Risks to Plaintiff
So Appointed:

Date: ______________________________

By: ______________________________
JUDY ZERR, CIRCUIT CLERK



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MIKE GREENWELL | **Case Number: 1211-AC01480** |
| Plaintiff/Petitioner:<br>ARRIC PLOCH<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JAMES W EASON<br>1141 SOUTH SEVENTH STREET<br>SAINT LOUIS, MO 63104 |
| Defendant/Respondent:<br>CLIENT SERVICES INC | Date, Time and Location of Court Appearance:<br>**03-APR-2012, 09:00 AM**<br>**TRANSFER JUDGE COURTROOM**<br>**300 N 2nd**<br>**SAINT CHARLES, MO 63301** |
| Nature of Suit:<br>AC Other Tort | |

(Date File Stamp)

## Associate Division Summons

**The State of Missouri to: CLIENT SERVICES INC**
**Alias:**

**3451 HARRY S TRUMAN BLVD**
**SAINT CHARLES, MO 63301**

*COURT SEAL OF*

*ST. CHARLES COUNTY*

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**March 1, 2012** ______________
Date

**/S/ JUDY ZERR** ______________
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by: (check one)

- ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
- ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with ______________ a person of the Defendant's/Respondent's family over the age of 15 years.
- ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ______________ (name) ______________ (title).
- ☐ other ______________.

Served at ______________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at ______________ (time).

______________ Printed Name of Sheriff or Server

______________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on ______________ (date).

My commission expires: ______________ Date ______________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $______ |
| Non Est | $______ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $______ (______ miles @ $.______ per mile) |
| **Total** | $______ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Charles County - Circuit Court - February 29, 2012 - 02:54 PM CST

**IN THE CIRCUIT COURT**
**ST. CHARLES COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **ARRIC PLOCH** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. |
| v. | ) | |
| | ) | Division |
| **CLIENT SERVICES, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR APPOINTMENT OF PROCESS SERVER**

**COMES NOW** undersigned counsel, pursuant to Local Rules, and at his own risk requests the appointment of the Circuit Clerk of:

**Kurt Ponzar & Associates, Inc.**
**Kurt Ponzar**
**6209 Mid Rivers Mall Drive, Suite 145**
**St. Charles, Missouri 63304**
**(636) 946-1800**

Natural persons of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

**SERVE AT**:

Daniel K. Barklage
Registered Agent
211 North Third Street
St. Charles, Missouri 63301

**EASON & VOYTAS, LLC**

/s/ James W. Eason
JAMES W. EASON, 57112
1 North Taylor Ave.
St. Louis, Missouri 63108
(314) 932-1066
(314) 667-3161 fax
Email: james.w.eason@gmail.com

All Risks to Plaintiff
So Appointed:

Date: ALL RISKS TO PLAINTFF
SO APPOINTED: ***March 01, 2012***
/S/ JUDY ZERR
By:________________________
JUDY ZERR, CIRCUIT CLERK