**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ARRIC PLOCH** | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. 4:12-cv-00518HEA |
| v. | ) |
| | ) |
| **CLIENT SERVICES, INC.** | ) |
| | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS WITH PREJUIDCE**

COMES NOW, Plaintiff, Arric Ploch, and with consent of Defendant moves this

Court to dismiss this case with prejudice, all parties to bear their own costs.

RESPECTFULLY SUBMITTED:

**EASON & VOYTAS, LLC**


s/ Richard A. Voytas, Jr.

_____
**JAMES W. EASON, #57112MO**
**RICHARD A. VOYTAS, JR. #52046MO**
**EASON & VOYTAS, LLC**
**1 North Taylor Ave.**
**St. Louis, Missouri 63108**
**Phone: (314) 932-1066**
**Fax:     (314) 667-3161**


## <u>CERTIFICATE OF SERVICE</u>

The undersigned verifies that a copy of the foregoing document was served via electronic mail on the following counsel of record on May 6, 2013:

Matthew J. Applington, Esq.
The Lowenbaum Partnership LLC
222 S. Central Ave. Suite 901
St. Louis, MO 63105
mja@lowenbaumlaw.com
(314) 863-0092


<u>/s/ Richard A. Voytas, Jr.</u>